STATE OF NORTH CAROLINA, EX REL. EMPLOYMENT SECURITY COMMISSION v. J. WALTER HUCKABEE T/A RED CARTAGE

No. 446A95

(Filed 10 May 1996)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 120 N.C. App. 217, 461 S.E.2d 787 (1995), reversing a judgment for defendant entered 30 June 1994 by Brewer, J., in Superior Court, Cumberland County. Heard in the Supreme Court 12 April 1996.

*T.S. Whitaker, Chief Counsel, and C. Coleman Billingsley, Jr., for plaintiff-appellee.*

*Singleton, Murray, Craven & Inman, by Richard T. Craven and John W. McCauley, for defendant-appellant.*

PER CURIAM.

AFFIRMED.